# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-mj-00703-CWH |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| MICHAEL LEON SMITH, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Monique Kirtley, Assistant Federal Public Defender, counsel for defendant **MICHAEL LEON SMITH**, that the preliminary hearing in the above-captioned matter, currently scheduled for December 23, 2014, at the hour of 4:00 p.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties are trying to resolve this matter prior to indictment.

2. Counsel for the defendant will need additional time to discuss any resolution with the defendant.

3. Defendant is out of custody and agrees to the continuance.

4. Denial of this request for continuance of the preliminary hearing would prejudice both the defendant the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I) and (iv).

7. There has been one previous request for continuance of the preliminary hearing granted herein.

DATED this   16th   day of December, 2014.

                                          Respectfully submitted,

                                          DANIEL G. BOGDEN
                                          United States Attorney

/s/ *Monique Kirtley*                            */s/ Nadia Ahmed*
MONIQUE KIRTLEY                       NADIA AHMED
Counsel for defendant                      Special Assistant United States Attorney
**MICHAEL LEON SMITH**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:14-mj-00703-VCF |
| Plaintiff, | ) ) ) | ORDER CONTINUING PRELIMINARY HEARING |
| vs. | ) ) | |
| MICHAEL LEON SMITH, | ) ) | |
| Defendant. | ) ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for December 23, 2014, at the hour of 4:00 p.m., be vacated and continued to February 2, 2015, at the hour of 4:00 p.m.

DATED this 17th day of December, 2014

_____
UNITED STATES MAGISTRATE JUDGE

3