# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-mj-00703-CWH |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| MICHAEL LEON SMITH, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Monique Kirtley, Assistant Federal Public Defender, counsel for defendant **MICHAEL LEON SMITH**, that the preliminary hearing in the above-captioned matter, currently scheduled for February 2, 2015, at the hour of 4:00 p.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties are trying to resolve this matter prior to indictment and are closing to do so.

2. Counsel for the defendant will need additional time to discuss any resolution with the defendant.

1

3. Defendant is out of custody and agrees to the continuance.

4. Denial of this request for continuance of the preliminary hearing would prejudice both the defendant the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I) and (iv).

7. There have been two previous requests for continuance of the preliminary hearing granted herein.

DATED this 30th day of January, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ *Monique Kirtley*      /s/ *Nadia Ahmed*
MONIQUE KIRTLEY      NADIA AHMED
Counsel for defendant      Special Assistant United States Attorney
**MICHAEL LEON SMITH**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL LEON SMITH, )<br>)<br>Defendant. )<br>) | Case No: 2:14-mj-00703-VCF<br><br>ORDER CONTINUING<br>PRELIMINARY HEARING |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for February 2, 2015, at the hour of 4:00 p.m., be vacated and continued to __March 6_____, 2015, at the hour of 4:00 p.m.

DATED February 5, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3